**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LEE GIVENS,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>J. SOTO, Warden,<br><br>　　　　　　　　Respondent. | Case No. LACV 16-7250-R (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 27, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE